1048

THE PEOPLE OF THE STATE OF NEW YORK, by ANDREW M. CUOMO, Respondent, v MAURICE R. GREENBERG et al., Appellants.

Submitted February 11, 2013; decided February 14, 2013

Submitted February 11, 2013; decided February 14, 2013

Motion by Chamber of Commerce of the United States et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.

Chief Judge LIPPMAN taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, by ANDREW M. CUOMO, Respondent, v MAURICE R. GREENBERG et al., Appellants.

THE PEOPLE OF THE STATE OF NEW YORK, by ANDREW M. CUOMO, Respondent, v MAURICE R. GREENBERG et al., Appellants.

Submitted February 11, 2013; decided February 14, 2013

Motion by States of Connecticut and Vermont Offices of the Attorneys General for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.

Chief Judge LIPPMAN taking no part.